IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**D'ANNIE ISRA EL,**

    **Plaintiff,**

v.                                                             Civil Action No. 1:23-CV-95
                                                                      (JUDGE KLEEH)

**USAA, MR. COOPER,
RIGHTPATH SERVICING,**

    **Defendants.**

## REPORT AND RECOMMENDATION, RECOMMENDING COMPLAINT [ECF NO. 1] BE DISMISSED WITHOUT PREJUDICE

On November 22, 2023, *pro se* Plaintiff D'Annie Isra El filed a Complaint to initiate this action against Defendants USAA, Mr. Cooper, and RightPath Servicing. [ECF No. 1]. Plaintiff was sent a Notice of General Guidelines for Appearing Pro Se in Federal Court by the Clerk's Office. [ECF No. 3]. By Order dated November 27, 2023 [ECF No. 4], the Hon. Thomas S. Kleeh, Chief United States District Judge, referred this matter to the undersigned Magistrate Judge to review the record and issue written orders or reports and recommendations, as appropriate.

After Plaintiff failed to timely serve the complaint on Defendants pursuant to Federal Rule of Civil Procedure 4(m), the undersigned entered an Order to Show Cause [ECF No. 12] on March 5, 2024 requiring Plaintiff to show cause within fourteen (14) days from the receipt of the Order. A review of the docket indicates Plaintiff accepted service of the Order on March 8, 2024. To date, Plaintiff has yet to file a response.

Accordingly, because Plaintiff failed to timely show cause as to why this case should not be dismissed without prejudice as to the Defendants, the undersigned **RECOMMENDS** that the Complaint [ECF No. 1] be **DISMISSED without prejudice.**

Any party shall have fourteen (14) days from the date of service of this Report and Recommendation to file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.** A copy of such objections should also be submitted to the presiding United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear *pro se* by certified mail, return receipt requested, to the last known addresses as shown on the docket, and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Respectfully submitted on March 28, 2024.

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE